Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

Meaghan VerGow (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 383-5300
mvergow@omm.com
bboyle@omm.com

*Attorneys for Defendants Morgan Stanley,
Morgan Stanley Smith Barney LLC, and
Morgan Stanley Compensation Management
Development and Succession Committee*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTHUR MARTIN AND WADE MARTIN,<br><br>Plaintiffs,<br><br>-against-<br><br>MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John Does 1-20,<br><br>Defendants. | Case No. 3:25-cv-12740-MAS-TJB<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Motion Day: October 20, 2025<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that at 9:00 a.m. on October 20, 2025, or as soon thereafter as counsel may be heard, Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee ("Morgan Stanley"), through their undersigned counsel, will move before the Honorable Michael A. Shipp, U.S.D.J., Fisher Fed. Bldg. & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, compelling arbitration of all claims brought by plaintiffs in the above-captioned action and staying the action

during the pendency of the arbitration proceedings, with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Morgan Stanley will rely on the accompanying Memorandum of Law and the Certification of Balazs Katona and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed order granting this motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that Morgan Stanley requests oral argument.

Dated:  August 4, 2025

MARINO, TORTORELLA & BOYLE, P.C.

By: _____
John D. Tortorella
Kevin H. Marino
437 Southern Boulevard
Chatham, NJ 07928
Telephone:  973-824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

O'MELVENY & MYERS LLP

Meaghan VerGow (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
mvergow@omm.com
bboyle@omm.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee*